1     The Honorable Ronald B. Leighton

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>           Plaintiff,<br><br>    v.<br><br>ELIZABETH SALAZAR,<br><br>           Defendant. | NO. CR10-5373 RBL<br><br>ORDER GRANTING UNITED STATES' MOTION FOR A SECOND PROTECTIVE ORDER TO MAINTAIN CUSTODY OF PROPERTY |

This matter comes before the Court upon motion of the United States for a protective order, pursuant to 21 U.S.C. § 853(e)(1)(A) and 18 U.S.C. § 983(a)(3)(C), to maintain custody of certain property named for forfeiture in the First Superceding Indictment filed in this matter on June 17, 2010. Having reviewed the United States' motion, the Court finds:

The property to which this Order refers ("the Property") is as follows:

    (a)    $137,300 in United States currency, more or less, seized on or about June 15, 2010, from a safe deposit box leased to Elizabeth SALAZAR in Dallas, Texas.

The Property has been named in the June 17, 2010, First Superseding Indictment in this case as subject to forfeiture. The Property is currently in the custody of the Drug Enforcement Administration, and is subject to administrative forfeiture notice and claim proceedings under 18 U.S.C. § 983.

The United States is entitled to a protective order pursuant to 21 U.S.C. § 853(e)(1)(A)

ORDER GRANTING UNITED STATES' MOTION
FOR A SECOND PROTECTIVE ORDER TO MAINTAIN CUSTODY OF PROPERTY- 1
U.S. v. ELIZABETH SALAZAR (CR10-5373 RBL)

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101-1271
(206) 553-7970

based on the fact that the Property is included in the First Superseding Indictment which alleges that, upon conviction, the Property is subject to forfeiture.  This demonstrates the probable cause necessary for the continued restraint and custody of the Property pending conclusion of the criminal forfeiture proceedings in this case and pending further order of the Court.

It is therefore

**ORDERED AND ADJUDGED**:

1. The United States' motion for a protective order is GRANTED.

2. The Property identified above shall remain in the custody of the Drug Enforcement Administration, pending conclusion of the criminal forfeiture proceedings and further order of this Court.

3. The Clerk is Ordered to send copies of this Order to counsel for all parties of record.

DATED this 21st day of December, 2010.

_____
RONALD B. LEIGHTON
UNITED STATES DISTRICT JUDGE

Presented by:

*/s Thomas M. Woods*
THOMAS M. WOODS
Assistant United States Attorney
700 Stewart Street, Suite 5220
Seattle, Washington, 98101-1271
(206) 553-2242
(206) 553-6934 (Fax)
thomas.woods2@usdoj.gov

ORDER GRANTING UNITED STATES' MOTION
FOR A SECOND PROTECTIVE ORDER TO MAINTAIN CUSTODY OF PROPERTY- 2
U.S. v. ELIZABETH SALAZAR (CR10-5373 RBL)

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101-1271
(206) 553-7970